# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TOWN OF EASTHAM, MASSACHUSETTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-op-45864 |
| ) | |
| AMERISOURCEBERGEN DRUG CORP., et al., ) | Judge Dan Aaron Polster |
| ) | |
| Defendants. ) | |

## KVK-TECH, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant KVK-Tech, Inc. respectfully submits this Corporate Disclosure Statement.

KVK-Tech, Inc. does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

Dated:  March 25, 2019                              Respectfully submitted,

 /s/  Thomas E. Rice
Thomas E. Rice                    MO # 29946
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri  64108
Telephone:     (816) 471-2121
Facsimile:      (816) 472-0288
rice@bscr-law.com

**ATTORNEY FOR DEFENDANT
KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 25th day of March, 2019, which will send notification of the same to all counsel of record.

 /s/  Thomas E. Rice